UNITED STATES of America,
Plaintiff–Appellee,

v.

Cleveland McLEAN, Jr., a/k/a Junior, a/k/a June, Defendant–Appellant.

No. 02–6657.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 27, 2002.

Cleveland McLean, Jr., Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Cleveland McLean, Jr., seeks to appeal the district court's order denying his Fed. R.Civ.P. 60(b) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly,

we affirm on the reasoning of the district court. *See United States v. McLean,* No. CR–90–105–N (E.D.Va. Mar. 15, 2002). We grant McLean's motion to file a supplemental informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*